# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONYA DALHAUS,<br>   Plaintiff,<br><br> v.<br><br>ARROW FINANCIAL SERVICES, LLC<br>AND HOWARD LEE SCHIFF, P.C.<br>   Defendants | )<br>)<br>)<br>)<br>) **Case No.: 1:10-cv-10639-GAO**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Karen Wisniowski* | */s/ Craig Thor Kimmel* |
| Karen Wisniowski, Esquire | Craig Thor Kimmel, Esquire |
| Law Offices of Howard Lee Schiff | Kimmel & Silverman, P.C. |
| Building 2, Suite 2 | 30 East Butler Pike |
| 25 Southbridge Street | Ambler, PA 19002 |
| Auburn, MA 01501 | Phone: (215) 540-8888 |
| Phone: (508) 753-9991 | Fax: (877) 788-2864 |
| Fax: (508) 753-0260 | Email: kimmel@creditlaw.com |
| Email: kwisniowski@hlschiffpc.com | |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: September 25, 2013 | Date: September 25, 2013 |

BY THE COURT:

_____

          J.

**Certificate of Service**

I hereby certify that on this 25th day of September, 2013, a true and correct copy of the foregoing pleading was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Karen Wisniowski, Esquire
>Law Offices of Howard Lee Schiff
>Email: kwisniowski@hlschiffpc.com

>*/s/ Craig Thor Kimmel*
>Craig Thor Kimmel, Esquire
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Fax: (877) 788-2864
>Email: kimmel@creditlaw.com
>Attorney for the Plaintiff